FILED
2016 SEP 7 A 9:02
CLERK
U.S. BANKRUPTCY
COURT - PGH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | Case No. 14-20239-GLT |
| : | Chapter 13 |
| JAMES H. MIDDLETON, : | |
| : | Related to Document No. 119 & 120 |
| Debtor. : | |
| : | |

## ORDER

*AND NOW*, this 7th day of **September, 2016,** a **Order Scheduling a Status Conference** was issued on August 29, 2016 [Doc. No.119] for failure to comply with this Court's Local Rules regarding the submission of a final report in the loss mitigation program.

Upon consideration of the filing of the *Loss Mitigation Final Report* [Doc. No. 120], it is hereby **ORDERED, ADJUDGED,** *and* **DECREED** that the hearing scheduled for September 28, 2016 is **CANCELLED and** the Clerk is directed to re-close this case.

GREGORY TADDONIO<sub>drb</sub>
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:
Debtor
Counsel for Debtor
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
James H. Middleton  
    Debtor

Case No. 14-20239-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: aala     Page 1 of 1     Date Rcvd: Sep 07, 2016  
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2016.  
db         +James H. Middleton,    273 Knickerbocker Drive,    Pittsburgh, PA 15235-4728

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2016                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2016 at the address(es) listed below:
         Albert G. Reese, Jr.    on behalf of Debtor James H. Middleton areese8897@aol.com,
          agreese8897@gmail.com
         Alexandra Teresa Garcia    on behalf of Creditor    NATIONSTAR MORTGAGE LLC ecfmail@mwc-law.com
         Andrew F Gornall    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
          agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         James R. Wood    on behalf of Creditor    Municipality of Penn Hills jwood@portnoffonline.com,
          jwood@ecf.inforuptcy.com
         Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,    cnoroski@grblaw.com
         Joseph P. Schalk    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pawb@fedphe.com,
          joseph.schalk@phelanhallinan.com
         Marisa Myers Cohen    on behalf of Creditor    NATIONSTAR MORTGAGE LLC mcohen@mwc-law.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
          ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                       TOTAL: 10